UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

George R. Carlucci,

    Plaintiff,

v.

Custom Empire LLC &
Kyle D. Green,

    Defendants.

Case Number 6:20-cv-1254

## Complaint

1. The Plaintiff, George R. Carlucci, sues Defendants, Custom Empire LLC and Kyle D. Green, pursuant to 29 U.S.C. § 216(b) for not paying overtime.

2. The Honorable Court has original jurisdiction pursuant to 29 U.S.C. § 216(b).

3. Venue is appropriate in Orlando pursuant to 28 U.S.C. § 1391(b)(1) and (2).

4. Plaintiff worked for Defendants in Orlando, Florida from on or about June 2018 to on or about April 2020.

5. Defendant Green hired Plaintiff.

6. Defendant Green set Plaintiff's pay.

7. Defendant Green changed Plaintiff's pay.

8. Defendant Green supervised Plaintiff.

9. Defendant Green terminated Plaintiff.

10. Defendant Custom Empire LLC is a single member Florida limited liability company.

11. Defendant Custom Empire LLC is a one-stop collision, performance, audio, and mechanical repair shop.

12. Defendant Green is the only member of the limited liability company.

13. Defendants paid Plaintiff $20.00 per hour for the first few months he worked for them.

14. Thereafter Defendants paid Plaintiff $25.00 per hour.

15. Plaintiff was paid on an hourly rate.

16. Plaintiff was not paid a salary.

17. Plaintiff was not paid by commission.

18. Plaintiff was not a tipped employee.

19. Plaintiff's job duties involved all facets of working at a body shop.

20. Plaintiff routinely worked over 40 hours a week.

21. Regardless of whether the hours were over 40 or below 40 in a workweek Plaintiff was paid the same hourly rate.

22. Plaintiff, early in his career with Defendants, asked Defendant Green about getting paid overtime (i.e. time and one half) and Defendant Green replied that "he can't pay overtime."

23. Plaintiff needed the work so he continued to work for Defendants without receiving overtime premium pursuant to 29 U.S.C. § 207.

24. Although Defendant Green claimed that he couldn't pay Plaintiff overtime, Defendants were obligated pursuant to the Fair Labor Standards Act (FLSA) to pay overtime.

25. Defendants have annual gross revenues in excess of $500,000.00 per year.

26. More precisely Defendants have had annual revenues of around $1,000,000.00 per year in 2017, 2018 and 2019.

27. Defendants employ employees that handle goods or materials that have moved in interstate commerce.

28. Specifically, Defendants employ employees that handle tools manufactured outside of Florida, chemicals produced outside of Florida and body parts that have moved in interstate commerce.

29. Defendants are an enterprise as defined by Section 3(r) of the FLSA.

30. Defendants are an enterprise engaged in commerce as defined by Section 3(s) of the FLSA.

31. Defendants knew or should have known about the existence of the FLSA.

32. Defendants knew that Plaintiff was not paid a salary.

33. Defendants knew that Plaintiff was paid hourly.

34. Defendants knew that Plaintiff worked more than 40 hours a week without receiving time and one half of his regular rate for overtime hours.

35. Defendants paid Plaintiff on a weekly basis.

36. Plaintiff's damages may be calculated through the records of Defendants.

37. The damage calculation would be the half time rate not paid (e.g. $10.00 or $12.50 per hour) for overtime hours.

38. Plaintiff does not possess all time and pay records.

39. Defendants are required to possess these records pursuant to Section 11(c) of the FLSA.

40. Plaintiff possesses some of the time and pay records. For demonstrative purposes Plaintiff attaches the paycheck stubs that he has in his possession. The paycheck stubs demonstrate that Plaintiff worked varying hours, that he was paid an hourly rate and that he received straight time for overtime.

41. Defendants did not rely upon advice of counsel in paying Plaintiff straight time for overtime.

42. Defendants did not rely upon any DOL Wage & Hour Opinion letters opining that an hourly paid employee may be paid straight time in lieu of time and half.

43. Defendants did not rely upon a provision of the FLSA that excuses the payment of overtime to Plaintiff.

44. Defendant Green has made a good living through its enterprise.

45. Defendants owe Plaintiff unpaid overtime pursuant to the FLSA.

Wherefore, Plaintiff demands that Defendants produce all his paycheck stubs, produce the names and contact information of all employees that have not been paid time and half within the past three years, pay all of its employees that are owed overtime within the past three years overtime plus liquidated damages, judgment jointly against Defendants for violating the FLSA, unpaid overtime, liquidated damages, interest, attorneys' fees and costs.

Respectfully submitted this 14th day of July 2020,

/s/ Bernard R. Mazaheri
Bernard R. Mazaheri
Florida Bar Number 643971
Mazaheri & Mazaheri
325 Shelby Street
Frankfort, Kentucky 40601
Tel – (502) 475-8201
Email – bernie@thelaborfirm.com

**Paycheck Stubs in Plaintiff's Possession**

**Custom Empire LLC**
Orlando, FL 32809

George R Carlucci

| Employee Pay Stub | Check number: | | Pay Period: 09/10/2018 - 09/16/2018 | Pay Date: 09/21/2018 |
|---|---|---|---|---|
| Employee | | SSN | Status (Fed/State) | Allowances/Extra |
| George R Carlucci, | | | | Fed-0/0/FL-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 51:30 | 20.00 | 1,030.00 | 9,190.00 |
| Overtime (x1.5) hourly | | | | 2,355.00 |
| Salary | | | | 800.00 |
| | 51:30 | | 1,030.00 | 12,345.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -133.00 | -1,405.00 |
| Social Security Employee | -63.86 | -765.39 |
| Medicare Employee | -14.93 | -179.00 |
| | -211.79 | -2,349.39 |

| Net Pay | 818.21 | 9,995.61 |
|---|---|---|

---

**Custom Empire LLC**                                                                 3381

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| George R Carlucci, | | | | | | Fed-0/0/FL-0/0 |
| | | | | Pay Period: 07/02/2018 - 07/08/2018 | | Pay Date: 07/13/2018 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 48:00 | 20.00 | 960.00 | 960.00 |
| Salary | | | 0.00 | 800.00 |
| | 48:00 | | 960.00 | 1,760.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -81.00 | -143.00 |
| Social Security Employee | -59.52 | -109.12 |
| Medicare Employee | -13.92 | -25.52 |
| | -154.44 | -277.64 |

| Net Pay | 805.56 | 1,482.36 |
|---|---|---|

Custom Empire LLC, Orlando, FL 32809,

**Custom Empire LLC**     3462

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| George R Carlucci, | | | | | ***-** | | Fed-0/0/FL-0/0 |
| | | | | | Pay Period: 10/08/2018 - 10/14/2018 | | Pay Date: 10/19/2018 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 52:30 | | 1,312.50 | 2,112.50 |
| Hourly | | | 0.00 | 12,535.00 |
| Overtime (x1.5) hourly | | | 0.00 | 2,355.00 |
| | 52:30 | | 1,312.50 | 17,002.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -195.00 | -2,055.00 |
| Social Security Employee | -81.38 | -1,054.16 |
| Medicare Employee | -19.03 | -246.54 |
| | -295.41 | -3,355.70 |

| Net Pay | 1,017.09 | 13,646.80 |
|---|---|---|



Custom Empire LLC, Orlando, FL 32809,

---

**Custom Empire LLC**     3453

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| George R Carlucci, | | | | | ***-** | | Fed-0/0/FL-0/0 |
| | | | | | Pay Period: 10/01/2018 - 10/07/2018 | | Pay Date: 10/12/2018 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 51:00 | 25.00 | 1,275.00 | 12,535.00 |
| Overtime (x1.5) hourly | | | 0.00 | 2,355.00 |
| Salary | | | 0.00 | 800.00 |
| | 51:00 | | 1,275.00 | 15,690.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -187.00 | -1,860.00 |
| Social Security Employee | -79.05 | -972.78 |
| Medicare Employee | -18.49 | -227.51 |
| | -284.54 | -3,060.29 |

| Net Pay | 990.46 | 12,629.71 |
|---|---|---|

Custom Empire LLC, Orlando, FL 32809,

---

**Custom Empire LLC**     3442

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| George R Carlucci, | | | | | ***-** | | Fed-0/0/FL-0/0 |
| | | | | | Pay Period: 09/24/2018 - 09/30/2018 | | Pay Date: 10/05/2018 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 51:00 | 20.00 | 1,020.00 | 11,260.00 |
| Overtime (x1.5) hourly | | | 0.00 | 2,355.00 |
| Salary | | | 0.00 | 800.00 |
| | 51:00 | | 1,020.00 | 14,415.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -131.00 | -1,673.00 |
| Social Security Employee | -63.24 | -893.73 |
| Medicare Employee | -14.79 | -209.02 |
| | -209.03 | -2,775.75 |

| Net Pay | 810.97 | 11,639.25 |
|---|---|---|



Custom Empire LLC, Orlando, FL 32809,

## Custom Empire LLC    3482

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| George R Carlucci, | | | | ***-** | | Fed-0/0/FL-0/0 |
| | | | | Pay Period: 10/29/2018 - 11/04/2018 | | Pay Date: 11/09/2018 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 52:00 | | 1,300.00 | 3,412.50 |
| Hourly | | | 0.00 | 15,160.00 |
| Overtime (x1.5) hourly | | | 0.00 | 2,355.00 |
| | 52:00 | | 1,300.00 | 20,927.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -192.00 | -2,637.00 |
| Social Security Employee | -80.60 | -1,297.51 |
| Medicare Employee | -18.85 | -303.45 |
| | -291.45 | -4,237.96 |

| Net Pay | 1,008.55 | 16,689.54 |
|---|---|---|

Custom Empire LLC, Orlando, FL 32809,

## Custom Empire LLC    3473

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| George R Carlucci, | | | | ***-** | | Fed-0/0/FL-0/0 |
| | | | | Pay Period: 10/22/2018 - 10/28/2018 | | Pay Date: 11/02/2018 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 51:00 | 25.00 | 1,275.00 | 15,160.00 |
| Overtime (x1.5) hourly | | | 0.00 | 2,355.00 |
| Salary | | | 0.00 | 2,112.50 |
| | 51:00 | | 1,275.00 | 19,627.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -187.00 | -2,445.00 |
| Social Security Employee | -79.05 | -1,216.91 |
| Medicare Employee | -18.49 | -284.60 |
| | -284.54 | -3,946.51 |

| Net Pay | 990.46 | 15,680.99 |
|---|---|---|

Custom Empire LLC, Orlando, FL 32809,

## Custom Empire LLC    3464

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| George R Carlucci, | | | | ***-** | | Fed-0/0/FL-0/0 |
| | | | | Pay Period: 10/15/2018 - 10/21/2018 | | Pay Date: 10/26/2018 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 54:00 | 25.00 | 1,350.00 | 13,885.00 |
| Overtime (x1.5) hourly | | | 0.00 | 2,355.00 |
| Salary | | | 0.00 | 2,112.50 |
| | 54:00 | | 1,350.00 | 18,352.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -203.00 | -2,258.00 |
| Social Security Employee | -83.70 | -1,137.86 |
| Medicare Employee | -19.57 | -266.11 |
| | -306.27 | -3,661.97 |

| Net Pay | 1,043.73 | 14,690.53 |
|---|---|---|

Custom Empire LLC, Orlando, FL 32809,

## Custom Empire LLC    3504

**Employee**: George R Carlucci, [redacted]
**SSN**: ***-**-[redacted]
**Status (Fed/State)**:
**Allowances/Extra**: Fed-0/0/FL-0/0
**Pay Period**: 11/19/2018 - 11/25/2018
**Pay Date**: 11/30/2018

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 37:54 | 25.00 | 947.50 | 18,772.92 |
| Holiday | 8:00 | 25.00 | 200.00 | 200.00 |
| Overtime (x1.5) hourly | | | 0.00 | 2,355.00 |
| Salary | | | 0.00 | 3,412.50 |
| | 45:54 | | 1,147.50 | 24,740.42 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -159.00 | -3,195.00 |
| Social Security Employee | -71.15 | -1,533.91 |
| Medicare Employee | -16.64 | -358.74 |
| | -246.79 | -5,087.65 |

**Net Pay**: 900.71    19,652.77

Custom Empire LLC, Orlando, FL 32809, [redacted]

---

## Custom Empire LLC    3494

**Employee**: George R Carlucci, [redacted]
**SSN**: ***-**-[redacted]
**Status (Fed/State)**:
**Allowances/Extra**: Fed-0/0/FL-0/0
**Pay Period**: 11/12/2018 - 11/18/2018
**Pay Date**: 11/23/2018

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 53:01 | 25.00 | 1,325.42 | 17,825.42 |
| Overtime (x1.5) hourly | | | 0.00 | 2,355.00 |
| Salary | | | 0.00 | 3,412.50 |
| | 53:01 | | 1,325.42 | 23,592.92 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -198.00 | -3,036.00 |
| Social Security Employee | -82.17 | -1,462.76 |
| Medicare Employee | -19.22 | -342.10 |
| | -299.39 | -4,840.86 |

**Net Pay**: 1,026.03    18,752.06

Custom Empire LLC, Orlando, FL 32809, [redacted]

---

## Custom Empire LLC    3492

**Employee**: George R Carlucci, [redacted]
**SSN**: ***-**-[redacted]
**Status (Fed/State)**:
**Allowances/Extra**: Fed-0/0/FL-0/0
**Pay Period**: 11/05/2018 - 11/11/2018
**Pay Date**: 11/16/2018

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 53:36 | 25.00 | 1,340.00 | 16,500.00 |
| Overtime (x1.5) hourly | | | 0.00 | 2,355.00 |
| Salary | | | 0.00 | 3,412.50 |
| | 53:36 | | 1,340.00 | 22,267.50 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -201.00 | -2,838.00 |
| Social Security Employee | -83.08 | -1,380.59 |
| Medicare Employee | -19.43 | -322.88 |
| | -303.51 | -4,541.47 |

**Net Pay**: 1,036.49    17,726.03

Custom Empire LLC, Orlando, FL 32809, [redacted]

**Custom Empire LLC**  3509

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| George R Carlucci, | | | | ***-** | | Fed-0/0/FL.-0/0 |
| | | | | Pay Period: 12/10/2018 - 12/16/2018 | | Pay Date: 12/21/2018 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 53:00 | 25.00 | 1,325.00 | 22,660.42 |
| Bonus | | 200.00 | 200.00 | 200.00 |
| Overtime (x1.5) hourly | | | 0.00 | 2,355.00 |
| Salary | | | 0.00 | 3,412.50 |
| Holiday | | | 0.00 | 200.00 |
| | 53:00 | | 1,525.00 | 28,827.92 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -242.00 | -3,813.00 |
| Social Security Employee | -94.55 | -1,787.33 |
| Medicare Employee | -22.11 | -418.00 |
| | -358.66 | -6,018.33 |

| Net Pay | 1,166.34 | 22,809.59 |
|---|---|---|

Custom Empire LLC, Orlando, FL 32809,

13272

---

**Custom Empire LLC**  3507

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| George R Carlucci, | | | | ***-** | | Fed-0/0/FL-0/0 |
| | | | | Pay Period: 12/03/2018 - 12/09/2018 | | Pay Date: 12/14/2018 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 50:00 | 25.00 | 1,250.00 | 21,335.42 |
| Overtime (x1.5) hourly | | | 0.00 | 2,355.00 |
| Salary | | | 0.00 | 3,412.50 |
| Holiday | | | 0.00 | 200.00 |
| | 50:00 | | 1,250.00 | 27,302.92 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -181.00 | -3,571.00 |
| Social Security Employee | -77.50 | -1,692.78 |
| Medicare Employee | -18.12 | -395.89 |
| | -276.62 | -5,659.67 |

| Net Pay | 973.38 | 21,643.25 |
|---|---|---|

Custom Empire LLC, Orlando, FL 32809,

---

**Custom Empire LLC**  3505

| Employee | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| George R Carlucci, | | | | ***-** | | Fed-0/0/FL-0/0 |
| | | | | Pay Period: 11/26/2018 - 12/02/2018 | | Pay Date: 12/07/2018 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 52:30 | 25.00 | 1,312.50 | 20,085.42 |
| Overtime (x1.5) hourly | | | 0.00 | 2,355.00 |
| Salary | | | 0.00 | 3,412.50 |
| Holiday | | | 0.00 | 200.00 |
| | 52:30 | | 1,312.50 | 26,052.92 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -195.00 | -3,390.00 |
| Social Security Employee | -81.37 | -1,615.28 |
| Medicare Employee | -19.03 | -377.77 |
| | -295.40 | -5,383.05 |

| Net Pay | 1,017.10 | 20,669.87 |
|---|---|---|

**Employee Pay Stub**  Check number: DD1261  Pay Period: 01/07/2019 - 01/13/2019  Pay Date: 01/18/2019

**Employee** | SSN | Status (Fed/State) | Allowances/Extra
George R Carlucci, | ***-** | | Fed-0/0/FL-0/0

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Piecework hourly | 53:54 | 25.00 | 1,347.50 | 1,347.50 |
| Hourly | | | | 995.83 |
| Salary | | | | 800.00 |
| Holiday | | | | 400.00 |
|  | 53:54 | | 1,347.50 | 3,543.33 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -201.00 | -496.00 |
| Social Security Employee | -83.55 | -219.69 |
| Medicare Employee | -19.54 | -51.38 |
|  | -304.09 | -767.07 |

**Net Pay**  1,043.41  2,776.26

**Direct Deposit** — Amount
Checking - ********  1,043.41

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Vacation | 0:00 | | 40:00 |

**Memo**  Direct Deposit

---

**Employee Pay Stub**  Check number: DD1253  Pay Period: 12/31/2018 - 01/06/2019  Pay Date: 01/11/2019

**Employee** | SSN
George R Carlucci, | ***-**

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 39:50 | 25.00 | 995.83 | 995.83 |
| Holiday | 16:00 | 25.00 | 400.00 | 400.00 |
| Salary | | | | 800.00 |
|  | 55:50 | | 1,395.83 | 2,195.83 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -211.00 | -295.00 |
| Social Security Employee | -86.54 | -136.14 |
| Medicare Employee | -20.24 | -31.84 |
|  | -317.78 | -462.98 |

**Net Pay**  1,078.05  1,732.85

**Direct Deposit** — Amount
Checking - ********  1,078.05

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:00 | | 0:00 |
| Vacation | 40:00 | | 40:00 |

**Memo**  Direct Deposit

---

**Custom Empire LLC**  3512

**Employee** | SSN | Status (Fed/State) | Allowances/Extra
George R Carlucci, | ***-** | | Fed-0/0/FL-0/0

Pay Period: 12/17/2018 - 12/23/2018  Pay Date: 12/28/2018

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 52:00 | 25.00 | 1,300.00 | 23,960.42 |
| Overtime (x1.5) hourly | | | 0.00 | 2,355.00 |
| Bonus | | | 0.00 | 200.00 |
| Salary | | | 0.00 | 3,412.50 |
| Holiday | | | 0.00 | 200.00 |
|  | 52:00 | | 1,300.00 | 30,127.92 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -192.00 | -4,005.00 |
| Social Security Employee | -80.60 | -1,867.93 |
| Medicare Employee | -18.85 | -436.85 |
|  | -291.45 | -6,309.78 |

**Net Pay**  1,008.55  23,818.14